**Order entered August 16, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00464-CV

### METROCARE SERVICES, Appellant

### V.

### CANDACE LOVE, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17677**

## ORDER

Before the Court is appellant's August 15, 2018 unopposed motion for an extension of time to file a reply brief. We **GRANT** the motion and extend the time to September 7, 2018.

/s/    ADA BROWN
         JUSTICE